| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Rosenblatt, Paul G | 2. Court or Organization  U.S. District Court, Arizona | 3. Date of Report  5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ● Nomination, Date  ● Initial   ● Annual   ● Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. Courthouse, Suite 621  401 W. Washington St., SPC 56  Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 10 57 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenblatt, Paul G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date: Month-Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. ▓▓▓ undeveloped land South of Prescott, AZ | | None | L | W | | | | | |
| 2. IRA Prudential Securities: | | | | | | | | | |
| 3. Goldman Sachs Trust, Capital Growth Fund, Class B | A | Dividend | J | T | | | | | |
| 4. MFS Intermediate Income Trust | A | Dividend | J | T | | | | | |
| 5. Pioneer Growth Shares Class B | A | Dividend | J | T | | | | | |
| 6. Prudential Europe Growth Fund Class A | A | Dividend | J | T | | | | | |
| 7. Prudential Moneymart Assets Fund | A | Dividend | J | T | | | | | |
| 8. Bank One | A | Interest | J | T | | | | | |
| 9. IRA Bank of America - Cash - Equivalent | B | Interest | K | T | | | | | |
| 10. First Fed. Credit Union Tempe, AZ | A | Interest | K | T | | | | | |
| 11. Wells Fargo - Prescott, AZ | A | Interest | L | T | | | | | |
| 12. Wells Fargo | A | Interest | J | T | | | | | |
| 13. A.G. Edwards Brokerage: | | | | | | | | | |
| 14. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 15. Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 16. Bellsouth Common Stock | A | Dividend | J | T | | | | | |
| 17. Exxon Mobil | A | Dividend | K | T | | | | | |
| 18. SBC Communications Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenblatt, Paul G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Edison International | | None | J | T | | | | | |
| 20. MediaOne Group, Inc. Common Stock | A | Dividend | J | T | Merge | 7/00 | J | A | |
| 21. UNOCAL Common Stock | A | Dividend | J | T | | | | | |
| 22. Centennial Money Market Trust | B | Interest | M | T | | | | | |
| 23. Phoenix, AZ Civil Imp. WasteWaterSys 6.125% 7-1-14 | A | Interest | J | T | Redemp | 7/1 | J | | |
| 24. Pima Co. AZ 6.4% 4-1-07 Hosp Rev. TMC | A | Interest | J | T | | | | | |
| 25. Maricopa Co. AZ 6% 12-1-19 IDA Hos. Fac Rev | A | Interest | J | T | | | | | |
| 26. Scottsdale, AZ 5.7% 9-1-15 | A | Interest | K | T | Redemp | 9/2 | K | | |
| 27. Gilbert, AZ 5.25% 7-1-17 | A | Interest | J | T | | | | | |
| 28. Maricopa Co. AZ Indl Hlth | A | Interest | J | T | | | | | |
| 29. Phoenix, AZ 5.2% Indl Dev Auth Multi-Family Hsg | B | Interest | K | T | | | | | |
| 30. FRB-Treasury Direct Acct: | | | | | | | | | |
| 31. 7 7/8 Note R96 | A | Interest | J | T | Redemp | 7/31 | J | | |
| 32. 1 1/2 Note 05 | A | Interest | J | T | Buy | 7/31 | J | | |
| 33. 6 1/4 Note A 03 | A | Interest | K | T | Redemp | 2/15 | K | | |
| 34. 3 Note E 08 | A | Interest | K | T | Buy | 2/18 | K | | |
| 35. Arizona ST PWR Auth 5.375% 10-1-13 | A | Interest | J | T | Redemp | 10/1 | J | | |
| 36. Tax Free Trust of AZ - Trust | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rosenblatt, Paul G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Rental Property #1, Prescott, AZ, July 1994 | C | Rent | M | Q | | | | | |
| 38. Lucent Technologies, Inc. | | None | J | T | | | | | |
| 39. Securities America, Inc. | A | Dividend | J | T | Redemp | 10/1 | J | | |
| 40. NCR Corp New | | None | J | T | Sold | 12/23 | J | | |
| 41. Delaware Investments Arizona | A | Dividend | J | T | | | | | |
| 42. Verizon | A | Dividend | J | T | | | | | |
| 43. Avaya | | None | J | T | | | | | |
| 44. Agere Sys Inc. Class B | | None | J | T | | | | | |
| 45. Comcast Corp. New Class A | | None | J | T | | | | | |
| 46. AZ State 5% 7-1-24 | B | Dividend | K | T | | | | | |
| 47. Phoenix, AZ 5.25% 7-1-27 Civic Improv | A | Dividend | K | T | | | | | |
| 48. Phoenix, AZ 5.25% 7-1-32 | A | Dividend | K | T | | | | | |
| 49. Puerto Rico 5% 8-1-31 | A | Dividend | K | T | | | | | |
| 50. Salt River Proj 5% 1-1-31 | A | Dividend | K | T | | | | | |
| 51. Scottsdale, AZ 4.75% 7-1-20 | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rosenblatt, Paul G | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

20. AT&T and MediaOne merged on 7/24/00, and by oversight, it was not reported previously.

39. Upon redemption of the assets in the Securities America, Inc. Brokerage account, it was closed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa█████████████████                    Date *May 11, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544